UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                              CASE No.: 3:01 CR 265 (DJS)

FRANCIS ANDERSON
a/k/a "Jumpshot Anderson"

Tuesday 11th, October 2005

## DECLARATION OF ANDREW OKOSKI

Andrew Okoski, declares under penalty of perjury:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The information contained herein is based upon my personal knowledge.

3. I am currently a resident of ward North Two Dutcher Hall, Connecticut Valley Hospital in Middletown, Connecticut.

4. I had have considerable exposer to the criminal defendant Francis Anderson also known as a/k/a **"Jumpshot Anderson"** in the above captioned criminal matter.

5. In the months of August, September, I heard Mr. Anderson threatening his peers in the Dutcher Hall recreational courtyard.

6. On or about August 25th, 2005, Mr. Anderson was involved in a fight in the Dutcher courtyard with a 19 year old peer.

7. On or about September 11, 2005, Mr. Francis Anderson asked me to walk with him to the mans-room at Havilin Hall C.V.H., and he sucker punched me as we entered.

1

8. As the condition of his Federal Probation the defendant **"Jumshot Anderson"** was ordered to a mental health facility in Connecticut.

9. It is my opinion that Mr. Anderson has no interest in recovery or treatment at all and he rather engages in threatening behaviors directed at individuals in recovery.

10. On or about the 9th, day of September 2005, Mr. Anderson upset over not being selected for a community trip, grabbed the community-stereo in the day room and twice flung it to the ground.

11. Mental Health Workers on and of his ward are intimidated by Mr. Anderson's threatening behavior and verbal abuse directed towards other individuals in recovery.

Pursuant to 28 U.S.C., § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Tuesday 11th, October 2005

ANDREW OKOSKI

Mr. Andrew Okoski
P.O. Box 351, Silver Street
Middletown, Connecticut 06457