## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. FRANCIS ANDERSON                    Docket No. 3:01CR00265 (DJS)

### AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Steven J. Lambert, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Francis Anderson who was sentenced to 12 months' imprisonment for a violation of 18 U.S.C § 876, Threatening Communications, by the Honorable Dominic J. Squatrito, Senior United States District Judge sitting in the court at Hartford, Connecticut on October 1, 2003 who fixed the period of supervision at 3 years which commenced on April 6, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:
1) The defendant shall participate in a mental health treatment program, either inpatient or outpatient. The defendant shall pay all, or a portion of the costs associated with mental health treatment based on his ability to pay, in an amount to be determined by the probation officer and; 2) Immediately upon release from custody, the defendant shall serve a period of time which will be determined by the U.S. Probation Office in an inpatient mental health facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

Standard Condition: "The defendant shall not commit another federal, state, or local crime."

On June 21, 2007, Francis Anderson was arrested by the West Hartford Police Department and charged with Burglary 3rd degree, Criminal Mischief 3rd degree, Larceny 3rd degree and Credit Card Theft under Dkt. No. H14H-CR07-0613188-S. On March 6, 2008, Mr. Anderson was convicted in Hartford Superior Court of all of the aforementioned charges and sentenced to 5 years' imprisonment with 3 years' special parole to follow.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer and tolling Mr. Anderson's term of supervised release.

**ORDER OF COURT**                              Sworn to By

Considered and ordered this 19th day of ~~April~~ May 2008 and ordered filed and made a part of the records in the above case

/s/ Christopher F. Droney, USDJ                 Steven J. Lambert
_____                   Senior United States Probation Officer
The Honorable ~~Dominic J. Squatrito~~ Christopher F. Droney
Senior United States District Judge             Place   Hartford, CT
                                                Date    May 19, 2008

Before me, the Honorable ~~Dominic J. Squatrito~~ CFD Senior United States District Judge, on this 19th day of ~~April~~ May 2008 at Hartford, Connecticut, U.S. Probation Officer Steven J. Lambert appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Christopher F. Droney, USDJ
~~The Honorable Dominic J. Squatrito~~ CFD
Senior United States District Judge