UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR265(CFD) |
| FRANCIS ANDERSON | : | June 10, 2008 |

**MOTION TO RESCHEDULE HEARING**

The defendant, Francis Anderson, through counsel, moves to reschedule the Supervised Release Violation Hearing, presently scheduled for June 24, 2008 at 11:00 a.m.

Counsel will be out of the District at the National Sentencing Policy Institute during the week of June 23.

Counsel requests that the hearing be rescheduled to a date convenient to the Court on or after June 30, 2008.

Respectfully submitted,

THE DEFENDANT,
FRANCIS ANDERSON

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: June 10, 2008
/s/
Thomas G. Dennis
Federal Defender
10 Columbus Blvd, 6th FL
Hartford, CT 06106
Phone: (860) 493-6260
Bar No.: ct05100
Email: thomas.dennis@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Reschedule Hearing has been mailed to Anastasia King, Assistant United States Attorney, 157 Church Street, 23rd Fl, New Haven, CT 06510 and Steven J. Lambert, Senior United States Probation Officer, 450 Main Street, Room 735, Hartford, CT 06103, on this 10th day of June 2008.

/s/
Thomas G. Dennis