UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:01CR265(CFD) |
| FRANCIS ANDERSON | : | July 18, 2008 |

**APPICATION FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM**

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Anastasia E. King, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Thursday, July 24, 2008 at 2:00 p.m. there will come before this Court, at Hartford, Connecticut, the criminal case of <u>United States of America v. Francis Anderson</u>.

2. That the above named defendant, FRANCIS ANDERSON (Inmate No. 139042) is charged with violation of Title 18, United States Code, Section 3583.

3. That the said FRANCIS ANDERSON (Inmate No. 139042) is now confined at the Corrigan Correctional Institution, Uncasville, Connecticut.

4. That the said FRANCIS ANDERSON (Inmate No. 139042) should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense and thereafter should be presented to the United States District Court in Hartford as required.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Corrigan Correctional Institution and the

2

United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said FRANCIS ANDERSON (Inmate No. 139042) at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                                 UNITED STATES OF AMERICA

                                                 NORA R. DANNEHY
                                                 ACTING UNITED STATES ATTORNEY

                                                 ANASTASIA E. KING
                                                 ASSISTANT UNITED STATES ATTORNEY
                                                 157 CHURCH STREET, 23RD FLOOR
                                                 NEW HAVEN, CT 06510
                                                 (203)821-3700
                                                 FEDERAL BAR. # ct24192

STATE OF CONNECTICUT            :

                                :  ss.  Hartford, July 18, 2008

COUNTY OF HARTFORD              :

    Personally appeared before me Anastasia E. King, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters he believes them to be true.

 

                                                                    _____
                                                                     Notary Public
                                                                     My Commission Expires

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, CORRIGAN CORRECTIONAL INSTITUTION, UNCASVILLE, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:**

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of FRANCIS ANDERSON (Inmate No. 139042) now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said FRANCIS ANDERSON (Inmate No. 139042) before the United States District Court, District of Connecticut, at the United States Courthouse, Hartford, Connecticut, on Thursday July 24, 2008 at 2:00 p.m., or from time to time in United States District Court in Hartford thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said FRANCIS ANDERSON (Inmate No. 139042) for violation of Title 18, United States Code, Section 3583 and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said FRANCIS ANDERSON (Inmate No. 139042) to the Warden, Corrigan Correctional Institution, Uncasville, Connecticut under safe and secure conduct.

ROBERTA D. TABORA
CLERK, U.S. DISTRICT COURT

_____
DEPUTY CLERK

The foregoing Writ is hereby allowed.
Dated at Hartford, Connecticut,
this \_\_\_ day of July, 2008

_____
HON. CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE