Crim-Sent (April 2007)

HONORABLE _Droney_
DEPUTY CLERK _Reid_ (RPTR)/ERO/TAPE _Marshall_
USPO _Lambert_ INTERPRETER _____

TOTAL TIME: ____ hours _15_ minutes

DATE _July 25, 2008_    START TIME _11:10_    END TIME _11:25_

CR. No. _01CR265 CFD_    DEFT # _____

UNITED STATES OF AMERICA §
§    AUSA _Wong_
vs. §
§
_Francis Anderson_ §
§    _Dennis_
    Defense Counsel

## SENTENCING

[X] ... [X] Sentencing held  [ ] Sentencing continued until _____ at _____
[ ] ... Deft failed to appear, Bench warrant to issue
[ ] ... Court departs [ ] upward from the guidelines [ ] downward from the guidelines
[X] ... _12 + 1 day_ month(s) imprisonment on Count(s) _____ of superseding/indictment/information (indictment circled)
      and _____ month(s) imprisonment on Count(s) _____ of superseding/indictment/information
[ ] ... Sentence on Count(s) _____ shall run [ ] concurrently [ ] consecutively [ ] to sentence
      imposed on Count(s) _____ [ ] to state sentence
[ ] ... Deft shall get credit for time served on Count(s) _____
[ ] ... Upon release the defendant shall be on supervised release for a term of _____ years/months
[ ] ... Deft placed on probation for a period of _____ years/months on Count(s) _____
      of superseding/indictment/information
[ ] ... Government's Motion for Final Order of Forfeiture [ ] filed [ ] granted/denied
[ ] ... Preliminary Order of Forfeiture is outstanding.
[ ] ... Final Order of Forfeiture, filed.
[ ] ... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by
      _____ [ ] in installments of $_____ per _____ for a total of $_____
[ ] ... A Special Assessment of [ ] $25.00 [ ] $50.00 [ ] $100.00
      is imposed as to each of Count(s) _____ for a total of $_____ to be paid immediately
[ ] ... Court recommends incarceration at _____
[ ] ... Deft shall pay $_____ per month for the cost of [ ] incarceration [ ] supervised release
      [ ] community confinement (halfway house)
[ ] ... Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution
      Bond [ ] continued [ ] set at $_____
[X] ... Deft remanded to the custody of the U. S. Marshal
[ ] ... Govt's motion to dismiss remaining counts filed; [ ] GRANTED [ ] DENIED
[ ] ... Govt's oral motion to dismiss remaining counts - [ ] GRANTED [ ] DENIED
[ ] ... PSI filed under seal [ ] If not appealed, PSI may be unsealed & returned to USPO
[ ] ... Deft shall participate in the 500 hour drug rehabilitation treatment program.

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE