# UNITED STATES DISTRICT COURT

District of _____CONNECTICUT_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Francis Anderson | Case Number: 3:01CR00265 (DJS)/(CFD) |
| | USM Number: 14485-014 |
| | Thomas Dennis |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __No. 1__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No.1 | Shall not commit federal, state or local crime | 6/12/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: None

Defendant's Date of Birth: 1969

Defendant's Residence Address:

Hartford Correctional Center

177 Weston Street

Hartford, CT 06120

Defendant's Mailing Address:

7/25/08
Date of Imposition of Judgment

/s/ Christopher F. Droney, USDJ
Signature of Judge

Honorable Christopher F. Droney, U.S. District Judge
Name and Title of Judge

August 1, 2008
Date

Judgment — Page  2  of  2

DEFENDANT: Francis Anderson
CASE NUMBER: 3:01CR00265(DJS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months and 1 day consecutive to state sentence now serving. No supervision to follow.

■ The court makes the following recommendations to the Bureau of Prisons:
The defendant be placed at a BOP facility which provides mental health treatment.

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL